MARY LUCIA PEGRAM v. THE TOWN OF CANTON.

(Filed 2 June, 1920.)

**Evidence—Pleadings—Nonsuit—Trials.**

There being no evidence in this case to sustain the plaintiff's allegations of her cause of action, a motion of nonsuit was properly allowed.

CIVIL ACTION, tried before *Ray, J.,* at September Term, 1919, of HAYWOOD.

At the conclusion of the evidence a motion to nonsuit was allowed, from which the plaintiff appealed.

*Craig & Craig and Marcus Erwin for plaintiff.*

*Felix E. Alley, J. Bat Smathers, and Martin, Rollins & Wright for defendant.*

PER CURIAM. It is unnecessary to discuss or decide the question as to whether or not the defendant would be liable to the plaintiff if the allegations of the complaint had been established. The Court is unanimously of the opinion that there is not sufficient evidence to be submitted to the jury to establish the allegations of fact set out in the complaint, and that the motion to nonsuit was properly allowed.

Affirmed.